# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: March 23, 2006

To:     United States Court of Appeals      Attn: ( )     Civil
        For the Ninth Circuit
        Office of the Clerk                       (✓)    Criminal
        95 Seventh Street
        San Francisco, California 94103           ( )    Judge

From:   United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:          CR 05-00126-SOM          Appeal No:   05-10616

Short Title:    USA vs. Pahia

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy 9/6/2005 |
| Sealed Docs: | | volumes (✓) under seal |
| | 2 | Document # 5,6 |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: # 5,6

Acknowledgment: _____   Date: _____

cc: all counsel