July 11, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-05-00126-SOM
**Appeal Number:** 05-10616
**Short Title:** USA v. Pahia

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 18
DISTRICT OF HAWAII

### Volumes

| | | | |
|---|---|---|---|
| Clerk's Records in: | 1 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 1 | | |

| Bulky Documents in: | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
|---|---|---|---|---|
| | 2 Other | documents #5, & 6 | | |
| State Lodged Docs in: | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
| | 0 Other | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: March 23, 2006

To:  United States Court of Appeals      Attn: ( )    Civil
     For the Ninth Circuit
     Office of the Clerk                              (✓)    Criminal
     95 Seventh Street
     San Francisco, California 94103                ( )    Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

FILED
APR - 4 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

DC No:       CR 05-00126-SOM           Appeal No:   05-10616
Short Title: USA vs. Pahia

Clerk's Files in    1        volumes (✓) original ( ) certified copy
Bulky docs                   volumes (folders)  docket #
Reporter's                   volumes (✓) original ( ) certified copy
Transcripts         1        9/6/2005
Sealed Docs:                 volumes (✓) under seal
                    2        Document # 5,6
                             boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: # 5,6

Acknowledgment: _____        Date: _____

cc:all counsel

 

**United States Court of Appeals for the Ninth Circuit**
**Records Department**
95 Seventh Street
San Francisco, California 94103

# MEMORANDUM

Date: March 9, 2006

TO: Clerk's Office
USDC Hawaii (Honolulu)

FROM: James Sawyer, Deputy Clerk

SUBJECT: Request for Record on Appeal

FILED
APR - 4 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 05-10616 | USA v. Pahia | CR-05-00126-SOM |

Please send record directly to:

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103